BEFORE THE SECOND DIVISION, SEPTEMBER 30, 1963

No. 68013.—Keuffel & Esser Co. *v.* United States, protests 62/13852, 62/17239, and 62/17914 (New York).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of drawing instrument cases similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.